JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EVARISTA DOMINGUEZ, </br></br> Plaintiff, </br></br> vs. </br></br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, </br></br> Defendant. | Case No.: 5:16-cv-01441-SP </br></br> ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: January 23, 2017

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-